Frank J. Hubka, Administrator of Estate of Frank Bruce Hubka, Deceased, Appellant, v. Ray E. McCormick and Alice D. McCormick, Appellees.

Gen. No. 42,884.

Heard in the first division, first district, this court at the October term, 1943; opinion filed February 28, 1944. C. Helmer Johnson, for appellant; Thomas H. Murray, of counsel; Eckert & Peterson, for appellees; A. R. Peterson and Owen Rall, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.